1

**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
2 Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 092421)
3 190 The Embarcadero
San Francisco, California 94105
4 Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601
5

Attorneys for Plaintiff,
6 TUTOR-SALIBA/KOCH/TIDEWATER JV        **E-Filing**

7

8                    UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Complaint of        ) Case No.: **C 05 3755**
                                            )
12 TUTOR-SALIBA/KOCH TIDEWATER JV.,        ) **NOTICE OF ACTION BROUGHT**
                                            ) **FOR EXONERATION FROM OR**
13                  Plaintiff,              ) **LIMITATION OF LIABILITY**
                                            ) AND ORDER THEREON
14 For Exoneration from or Limitation of   )
                                            )
15 Liability.                               )
                                            )
16 _____  )

17      NOTICE IS HEREBY GIVEN that plaintiff, TUTOR-

18 SALIBA/KOCH/TIDEWATER JV, has on September 16, 2005 filed a complaint wherein it

19 claims the losses, damages and injuries occasioned, allegedly sustained or incurred upon or

20 in any manner arising out of the operation of a deck barge designated "BRUSCO 109", on

21 or around May 22, 2004, were not the result of any negligence on its part or any

22 unseaworthiness of the vessel or that any such negligence or unseaworthiness was without

23 the knowledge or privity of plaintiff.

24      All persons, concerns, or firms having claims for such loss, damage or injury must

25 file said claims, as provided in the Federal Rules of Civil Procedure, Supplemental Rule

26 F(5) for Admiralty and Maritime Claims, on or before _January 13, 2006_____,

27 with the Clerk of the United States District Court for the Northern District of California,

28 450 Golden Gate Avenue, San Francisco, California 94102, and serve on or mail a copy

thereof to plaintiff's attorneys, COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP,

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

IMU.Wopatton

-1-

NOTICE OF ACTION BROUGHT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Case No.: _____

190 The Embarcadero, San Francisco, California 94105, Attention:  Richard C. Wootton, or be defaulted.

Any claimant desiring to contest the right of the plaintiff to exoneration from or limitation of liability must file an answer to the said complaint, unless his claim has contained an answer, and serve on or mail to plaintiff's attorneys a copy thereof on or before the date set forth above, as required by the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime Claims.

Dated: November 15, 2005



MAGISTRATE JUDGE, U.S. DISTRICT COURT

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

EMU.Wogtmm

Case No.: _____

NOTICE OF ACTION BROUGHT FOR EXONERATION FROM OR LIMITATION OF LIABILITY