COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 209121)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff,
TUTOR-SALIBA/KOCH/TIDEWATER JV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>TUTOR-SALIBA/KOCH/TIDEWATER JV,<br><br>Plaintiff,<br><br>For Exoneration from or Limitation of Liability. | Case No.: C 05-3755 EDL<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

Whereas:

1) Plaintiff Tutor-Saliba/Koch/Tidewater, a Joint Venture, has prayed for limitation and/or exoneration under the Vessel Owners' Limitation of Liability Act ("The Act"), 46 U.S.C. §§ 181 et seq., in connection with the marine injury that occurred on or about July 30, 2004 involving its vessel, the barge Brusco 109;

2) Claimant Timothy Wogamon is a limitation claimant herein and wishes to prosecute his claim against Plaintiff Tutor-Saliba/Koch/Tidewater before a jury in the related action filed in the San Francisco Superior Court, entitled Wogamon vs. Tutor-Saliba/Koch/Tidewater, case No. CGC-05-439226;

3) the last day for any other persons or entities claiming losses, damages, injuries, or death resulting or arising from the subject incident described in the Plaintiff's complaint filed with this Court is January 10, 2006;

4) this Court has ordered the parties to exchange and complete their respective

-1-

Case No.: C 05-3755 EDL

STIPULATION AND [PROP] ORDER TO CONT. CMC

initial disclosures by January 10, 2006;

5) this Court set a case management conference for Tuesday, January 17, 2006 at 10:00 a.m.;

6) after the parties' stipulation, on January 9, 2006 this Court ordered the parties to complete initial disclosure by February 15, 2006;

7) because the parties will not complete their initial disclosures prior to the case management conference date;

8) and because the parties intend to enter and file a stipulation to (a) preserve Tutor Saliba/Koch/Tidewater's right to seek limitation in this Court; (b) lift the stay against the State Court litigation to permit plaintiff to first pursue his Jones Act claim in State Court; (c) and abate the Limitation Action while the plaintiff pursues his state court action; the parties agree that said stipulation should not be filed until after January 10, 2006 (the last day for any other potential claimant herein to file a claim) and this Court orders the defaults against all such persons and entities failing to make a claim;

9) the parties believe it is in the best interest of all parties to continue the case management conference to 10:00 a.m. on February 21, 2006.

It is hereby stipulated and agreed, by the undersigned Plaintiff and Claimant, acting by and through their respective attorneys, that the case management conference shall be continued to 10 a.m. on February 21, 2006 and that the parties shall file their Case Management Conference Statement and Rule 26(f) Report by February 17, 2006.

Dated: January 12, 2006

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff,
TUTOR-SALIBA/KOCH/TIDEWATER JV

By: _____/S/_____
Mitchell S. Griffin

-2-

Case No.: C 05-3755 EDL

STIPULATION AND [PROP] ORDER TO CONT. CMC

Dated: January 12, 2006

McGuinn, Hillsman & Palefsky
Attorneys for Claimant
TIMOTHY WOGAMON

By: _____/S/_____
    John R. Hillsman

## ORDER

The parties having agreed thereto, and good cause appearing therefor, it is hereby ordered that the case management conference shall be continued to 10:00 a.m. on February 21, 2006 and the parties shall file their Case Management Conference Statement and Rule 26(f) Report by February 17, 2006.

Dated: January 12, 2006

_____
Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED — Judge Elizabeth D. Laporte*