COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Mitchell S. Griffin (SBN 114881)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff,
TUTOR-SALIBA/KOCH/TIDEWATER JV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>TUTOR-SALIBA/KOCH/TIDEWATER JV,<br><br>Plaintiff,<br><br>For Exoneration from or Limitation of Liability. | Case No.: C 05-3755 EDL<br><br>[~~PROPOSED~~] ORDER NOTING DEFAULTS |

WHEREAS, a monition having been duly issued herein on or about November 15, 2005, against all persons, concerns, or firms claiming damages for any and all losses or damages of any nature whatsoever occasioned by or resulting from or in any way consequent upon the subject incident occurring on the deck cargo barge and appurtenances designated as "BRUSCO 109", (the "Barge") involving the alleged injuries suffered by Timothy Wogamon while working on the Barge on or about May 22, 2004, or by reason of any other matters arising out of events surrounding the subject incident of the Barge, admonishing them and each of them to appear and file their respective claims and answers, if any, with the Clerk of this Court and to serve on the attorneys for Plaintiffs a copy thereof on or before January ~~10~~ 13, 2006; and

WHEREAS, notice of the said monition and commencement of this action having been duly published and provided to all persons known to have made any claim against the

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

IMU.Wogamon/2269

-1-                                                Case No.: C 05-3755 EDL
ORDER NOTING DEFAULTS

1  vessel or the Plaintiff arising out of the subject incident hereinabove described, as more
2  clearly appears from the affidavit of counsel and the return of the Marshal on file herein,
3  and the time for filing claims and answers having expired, it is on application of Plaintiff,
4  hereby

5  ORDERED that the default of all persons, concerns or firms claiming damages for
6  any and all losses or damages of any nature whatsoever occasioned by or resulting from or
7  in any way consequent upon the aforesaid subject incident occurring on the Barge, or by
8  reason of any other matters arising out of events occurring during the subject incident, who
9  have not heretofore filed their claims and answers herein, be taken, and the same hereby is
10 noted; and it is further,

11 ORDERED that all persons, concerns or firms in default as aforesaid be and the
12 same hereby are barred and precluded from filing any claims and answers in this action.

14 SO ORDERED this ___20___ day of ___January___, 2006, at San Francisco, California.

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

_____
Magistrate Judge, United States District Court
Northern District of California

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

IMU.Wogamon/2269